IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JASON COLBY CALLICOTTE, ET AL. | § | |
| VS. | § | CIVIL ACTION NO. 1:24-CV-465 |
| BRYAN COLLIER, ET AL. | § | |

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Jason Colby Callicotte and nineteen other inmates in the custody of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Bryan Collier, Bobby Lumpkin, James Danheim, Tina Tompkins, Siedah Thomas, Schocolate Lewis, Ashley O'Neal, Pedro Boykin, Charlene Mickles, and Kendra Piert.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On February 18, 2025, the magistrate judge recommended denying Plaintiffs' request for class certification. Plaintiff Jason Colby Callicotte filed objections to the Magistrate Judge's Report and Recommendation.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the Court concludes the objections are without merit. Plaintiffs have not met their burden of establishing that the requirements for class certification under Federal Rule of Civil Procedure 23 have been met.

## ORDER

Accordingly, Plaintiffs' objections [Dkt. 10] are OVERRULED. The findings of fact and conclusions of law of the magistrate judge are correct, and the magistrate judge's Report and Recommendation [Dkt. 7] is ADOPTED. Plaintiffs' request for class certification is DENIED. Plaintiffs' motion for extension of time to determine class certification [Dkt. 9] is DENIED.

**SIGNED this 29th day of May, 2025.**

Michael J. Truncale
United States District Judge